## (January 21, 1938.)

In the Matter of the Application of DRAKE HOLDING CORPORATION, Petitioner, Respondent, for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants, Appellants. THE NORTH AMERICAN HOLDING CORPORATION, Defendant-Intervener,

Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent against the intervener-appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.